UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 06-30149 |
|     CHARLES BRIAN RUTAN | (Chapter 13) |
|     DORIS IMOGENE SETTY-RUTAN | |
|                                       Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4009993**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 21 | DAVID A BUCHANAN<br>BOX 884<br>SIDNEY, OH  45365 | 209.70 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/13/2010

Certificate of Service        06-30149

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CHARLES BRIAN RUTAN
DORIS IMOGENE SETTY-RUTAN
2526 ABERDEEN COURT
TROY, OH  45373

RANDAL A HARVEY
9 W WATER ST
TROY, OH  45373

(44.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(21.1)
DAVID A BUCHANAN
BOX 884
SIDNEY, OH  45365

(43.1n)
JP MORGAN CHASE BANK
ATTN BANKRUPTCY DEPT
BOX 3155
MILWAUKEE, WI  53201

(46.1n)
OHIO DEPARTMENT OF TAXATION
COLLECTION ENFORCEMENT
150 E GAY STREET 21ST FLOOR
COLUMBUS, OH  43215

(1012.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner        cs